IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEJANDRO FIGUEREDO,

    Plaintiff,

v.        CASE NO. 4:04-cv-00403-MP-AK

JAMES V. CROSBY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's civil rights claim brought pursuant to 42 U.S.C. § 1983, be dismissed without prejudice. Plaintiff failed to respond to the Magistrate's order to show cause as to why Plaintiff failed to pay the filing fee or file a motion for leave to proceed in forma pauperis. The Magistrate Judge filed the Report and Recommendation on Wednesday, August 31, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's civil rights claim under 42 U.S.C. § 1983, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this <u>  11th</u> day of October, 2005

<u>     *s/Maurice M. Paul*     </u>
Maurice M. Paul, Senior District Judge
